IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROZELIA BALLARD,** *Guardian for Warner Ballard, Incompetent* | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| v. | : | |
| **PEOPLE R US BOARDING HOME,** *et al.* | : | |
| Defendants. | : | **NO. 10-5334** |

**ORDER**

**AND NOW**, this 22nd day of April 2014, upon consideration of Plaintiff's failure to comply with the Court's orders, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the case is **DISMISSED without prejudice** for failure to prosecute. Plaintiff Warner Ballard may commence a new action within 21 days, or within the applicable statute of limitations, whichever is later.[1] The Clerk is directed to **CLOSE** the case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**

---

[1] Unless Warner Ballard is competent to represent himself, any new action must be filed by counsel.